| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Vance<br>Special Agent: Klein, USSS | | Telephone: (810) 766-5177<br>Telephone: (989) 497-0580 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Russell Douglas Warren | Case: 1:24-mj-30031<br>Assigned To : Morris, Patricia T.<br>Assign. Date : 01/28/2024<br>CMP: SEALED MATTER (MAW) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 25-27, 2024__ in the county of __Roscommon__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats against the President and successors to the Presidency |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

_Scott D Klein_
Complainant's signature

Scott Klein, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: January 28, 2024

City and state: Detroit, MI

_Elizabeth A. Stafford_
*Judge's signature*

Hon. Elizabeth Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Scott Klein, being first duly sworn on oath, state that:

1. I am a Supervisory Special Agent with the United States Secret Service and have been so employed since 2009. I am a graduate of two federal law enforcement academies and have received extensive training in criminal investigations and the examination of evidence. I hold a master's degree in forensic psychology and have participated in hundreds of criminal investigations, to include those involving threats against the President and threats of violence communicated over the internet.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Russell Douglas WARREN, date of birth (DOB) of XX/XX/1975, for violations of 18 U.S.C. § 871 (Threats against the President and successors to the Presidency).

3. I make this affidavit from personal knowledge based on my participation in this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of securing an arrest warrant and establishing probable cause that WARREN committed the above-listed offense. This affidavit does not contain all details or all facts of which I am aware relating to this investigation.

## **PROBABLE CAUSE**

4.  On January 27, 2024, the United States Secret Service (USSS) and Federal Bureau of Investigation (FBI) became aware of an individual using the social media platform X, formerly known as Twitter, to post several threatening statements online via the X user account "Lancer227 /@Lancer227427" (hereafter The Account). The threats made by The Account on the Twitter website (www.Twitter.com) include statements concerning the killing of the President of the United States, law enforcement agents, and the bombing of US government buildings.

5.  Law enforcement investigators reviewed The Account's online messaging activity on Twitter.com and observed the following statements which were posted between January 25 and January 27, 2024:



6. Based on the nature of these statements, investigators obtained subscriber information from X Corporation, discovering that IP address 96.35.90.120 was used by The Account on and between January 25 and January 27, 2024, to connect to the internet and Twitter website within the approximate timeframes threatening statements were being posted.

7. Investigators then conducted an open-source query of IP address 96.35.90.120 and learned it was a residential IP address owned by Charter Communications.

8. Investigators obtained subscriber information from Charter Communications for the IP address 96.35.90.120 used on January 27, 2024, which revealed the

3

account subscriber to be Russell WARREN, with a subscriber address of 301 Arrowwood Drive, Prudenville, MI 48651.

9. Investigators searched public and proprietary law enforcement databases for Russell WARREN and Prudenville, Michigan. The search inquiry returned an individual named Russell Douglas WARREN, date of birth XX/XX/1975.

10. A State of Michigan Driver's License search was then conducted and revealed Russell Douglas WARREN, date of birth of XX/XX/1975, maintains a valid Michigan driver's license with a listed address of *** Arrowwood Drive, Prudenville, MI 48651. This driver's license was renewed on December 20, 2023.

11. Further, investigators observed a message posted by The Account on January 25, 2024, on Twitter which stated:

*"My name is Russ. After having a stroke, I was hospitalized in a nursing home. Unable to make my own medical decisions, I was forced to get vaccinated multiple times. I understand that I am dying. I understand that Donald Trump killed me."*

12. Investigators also observed the following message posted by The Account on January 27, 2024 referencing firearms.



4

13. I have reviewed WARREN'S criminal history which contains the following felony conviction:

    a. 2022 – Assault with a dangerous weapon.

14. In light of my training and experience, and based on the facts of this investigation, I submit there is probable cause to believe that Russell Douglas WARREN is the user of the X/Twitter account "Lancer227 /@Lancer227427," which was used to make threatening statements towards the President and successors to the Presidency, in violation of 18 U.S.C. § 871.

## Conclusion

15. Based on the foregoing, I submit there is probable cause to believe that on or before January 26, 2024, and continuing until at least January 27, 2024, in the Eastern District of Michigan, WARREN made threatening statements against the President of the United States, and successors to the Presidency, in violation of 18 U.S.C. § 871.

                                              _____
                                              Scott Klein, Special Agent
                                              United States Secret Service

Sworn to before me this 28th day of January, 2024

                          _____
                          Hon. Elizabeth Stafford
                          United States Magistrate Judge